IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                    CIVIL NO.: _____

         Plaintiff,

    -v-

TIMOTHY FISH
104 SOUTH CHAPEL STREET
GOWANDA, NY 14070

MATTHEW POPE
296 JAMESTOWN STREET
GOWANDA, NY 14070

CHRISTIAN POPE
296 JAMESTOWN STREET
GOWANDA, NY 14070

KAILEY FISH
104 SOUTH CHAPEL STREET
GOWANDA, NY 14070

NEW YORK STATE DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVE.
ALBANY, NY 12231

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

        Defendants.

---

## <u>COMPLAINT – ACTION TO FORECLOSE A MORTGAGE-IN REM</u>

The United States of America, a Sovereign, by Thomas L. Sooy, Attorney for the Plaintiff, complains and alleges as follows:

1. This Court has jurisdiction under the provisions of Title 28, United States Code, Section 1345.

2. On or about March 6, 2001, at the request of the Defendant Timothy Fish and Kimberley Pope (hereinafter collectively referred to as the 'Borrowers'), the Plaintiff, the United States of America, acting by and through its agency, USDA Rural Housing Service (hereinafter referred to as the "United States"), did lend to the Borrowers, the sum of $71,821.00, which sum the Borrowers did undertake and promise to repay, with interest at 6.875% in specified monthly installments on the real estate located in Cattaraugus County, New York as described in 'Schedule A' attached to the Mortgage document, with an address of 104 South Chapel Street Gowanda, NY 14070 (hereinafter referred to as the 'Real Property').

3. As evidence of the indebtedness, the Borrowers, did execute and deliver to the United States a Promissory Note dated March 6, 2001, a true copy of which is attached hereto as **Exhibit A.**

4. In order to secure the payment of the indebtedness the Borrowers, did execute, acknowledge and deliver to the United States, a real property

mortgage dated March 6, 2001, a true copy of which is attached hereto as **Exhibit B**.

5. The mortgage was duly recorded on March 6, 2001 in the Cattaraugus County Clerk's Office as Liber 990 at Page 608.

6. The United States is the owner and holder of the Promissory Note and Mortgage.

7. Pursuant to the terms of a certain Subsidy Repayment Agreement and Payment Subsidy Renewal Certifications executed by the Borrowers, a subsidy reduction in the payments due and /or the interest described in the Promissory Note was reduced during each Agreement's effective period. Pursuant to 42 U.S.C. §1490a, any subsidy received is subject to recapture upon the disposition of the property. True and accurate copies of said Subsidy Repayment Agreement and Payment Subsidy Renewal Certifications are attached hereto as **Exhibit C**.

8. The Borrowers breached and violated the provisions of the Promissory Note and Mortgage in that the Borrowers did neglect and fail to pay the installments of principal and interest when due, despite due demand therefore and /or by failing to make payment of real property taxes when due, thus making it necessary for the United States to pay the same to protect its interest. True and accurate copies of the Acceleration Letters are attached hereto as **Exhibit D**.

9. Kimberley Pope, a/k/a Kimberley Fish died on April 7, 2012. A true and accurate copy of the Certificate of Death is attached hereto as **Exhibit E.**

10. Upon Kimberley Pope, a/k/a Kimberley Fish's death on April 7, 2012, Timothy Fish took title to the Real Property in its entirety.

11. By reason of the defaults described herein, the United States has elected to declare the entire sums secured by the mortgage to be due and payable.

12. There is now justly due and payable, as of January 28, 2026, on the Promissory Note and Mortgage the following sums:

| | |
|---|---|
| Unpaid Principal (Note) | $57,719.75 |
| Unpaid Interest (Note) | $53,533.45 |
| Unpaid Principal (Advances) | $69,021.06 |
| Unpaid Interest (Advances) | $3,337.15 |
| Unpaid Escrow/Impound (Advances) | $0.00 |
| Statutory Fees | $247.86 |
| **Total** | **$183,859.27** |

Together with interest at the rate of 6.875% per annum on principal and all advances from January 28, 2026. The United States is not seeking a money judgment in this proceeding. A true and accurate copy of an updated Certificate of Indebtedness is attached as **Exhibit F.**

13. Upon information and belief, the United States may be compelled to make additional advances for payment of taxes, hazard insurance, water and sewer charges, or other municipal assessments maintenance, in order that it may protect and preserve security, but the nature and amount thereof is unknown to the United States at this time. Nevertheless, the United States seeks recovery thereof.

14. No other action or proceeding has been brought at law or otherwise for the recovery of said sums secured by the Promissory Note and Mortgage, or any part thereof.

15. That the United States has complied with the notice provisions of New York State RPAPL Section 1304. A true and accurate copy of the required notice is attached hereto as **Exhibit G**.

16. At the time this proceeding was commenced, the United States has complied with the provisions of New York State RPAPL Section 1306 regarding filing with the Superintendent of the New York State Banking Department. A true and accurate copy of the required filing is attached hereto as **Exhibit H**.

17. Upon information and belief, an estate was not filed on behalf of Kimberley Pope in the Cattaraugus County Surrogate's Court.

18. Upon information and belief, Defendants Matthew Pope; Christian Pope; and Kailey Fish are the only living heirs of Kimberley Pope, a/k/a Kimberley Fish and in turn may have, or claim to have, an interest in the real property located at 104 South Chapel Street Gowanda, NY 14070 that is the subject of this action. Defendants New York State Department of State and New York State Department of Taxation and Finance may also have, or claim to have, an interest in the property.

WHEREFORE, Plaintiff respectfully requests judgment:

    a. That the Defendants, subsequent to the filing of the Notice of Pendency of this action, and every person whose conveyance or encumbrance is subsequent or subsequently recorded, be forever barred and foreclosed of all right, claim, lien and equity of redemption in the mortgaged Real Property;

    b. That the Real Property may be decreed to be sold according to law;

    c. That the amount due on the Promissory Note and Mortgage may be adjudged;

    d. That the moneys arising from the sale may be brought into Court;

    e. That the Plaintiff may be paid the amount adjudged to be due to the Plaintiff out of the sale proceeds, with interest thereon to the time of such payment, together with the costs and expenses of this action and the expenses of the sale, so far as the amount of such money properly applicable thereto will pay the same;

    f. And that the Plaintiff may have such other and further relief as may be just and equitable.

Respectfully submitted,

By:

THOMAS L. SOOY (NY Bar # 5640198)
Private Counsel, United States Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
PH: (614) 674-6853
Fax: (614) 674-6864
Email: Thomas.sooy@usdoj.gov
*Attorney for Plaintiff*

Date: 3-13-26

7

VERIFICATION

STATE OF OHIO                    )

COUNTY OF FRANKLIN        )

Thomas L. Sooy, being duly sworn, deposes and says:

1. I am an Attorney duly admitted to practice in the Federal Courts of the
   Western District of the State of New York and have read the foregoing
   Complaint.

2. The allegations of the Complaint are true, except those matters alleged-on
   information and belief, and those matters I believe to be true. The grounds of
   my knowledge and the sources of my information and belief are records of
   the Rural Housing Service and its successor agency, the United States
   Department of Agriculture, and public records.

3. This verification is made by me and not by Plaintiff because the United
   States of America is a sovereign.

_____

Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel, United States Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA


Sworn to before me, this

13th day of March, 2026.

_____
Notary Public

Lynne Warner-Steed
Notary Public, State of Ohio
My Commission Expires 08-28-2027

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                    CIVIL NO.: _____

        Plaintiff,

    -v-

TIMOTHY FISH
104 SOUTH CHAPEL STREET
GOWANDA, NY 14070

MATTHEW POPE
296 JAMESTOWN STREET
GOWANDA, NY 14070

CHRISTIAN POPE
296 JAMESTOWN STREET
GOWANDA, NY 14070

KAILEY FISH
104 SOUTH CHAPEL STREET
GOWANDA, NY 14070

NEW YORK STATE DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVE.
ALBANY, NY 12231

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

               Defendants.

---

## **CERTIFICATE OF MERIT PURSUANT TO CPLR 3012-B**

Thomas L. Sooy, Esq., pursuant to CPLR §3012-2 and under penalties of perjury,

affirms as follows:

1.  I am an attorney at law duly licensed to practice in the State of New York,
    and I am affiliated with the law firm, The Law Offices of Robert A.
    Schuerger Co., LPA, Private Counsel to the United States Department of
    Justice, attorney for plaintiff in this foreclosure action.

2.  This residential foreclosure action involves a home loan, as such term is
    defined in the New York Real Property Actions and Proceedings Law §1304.
    Upon information and belief, Defendants were residents of the property
    subject to foreclosure.

3.  I have reviewed the facts of this case and reviewed the pertinent documents,
    including the mortgage, security agreement and note or bond underlying the
    mortgage executed by defendant(s), all instruments of assignment (if any),
    and all other instruments of indebtedness including any modification,
    extension, and consolidation.

4.  I have consulted with the following representative of plaintiff:

    <u>Meredith Furtado, Acting Single Family Housing Program Director</u>

5. Upon this review and consultation, to the best of my knowledge, information, and belief, I certify that there is a reasonable basis for the commencement of this action, and that plaintiff is the creditor entitled to enforce rights under these documents.

6. I am aware of my obligations under New York Rules of Professional Conduct (22 NYCRR Part 1200 and 22 NYCRR Part 130).

Dated: 3-13-26

Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel, United States Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229